STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ned_smock@fd.org

Counsel for Defendant
ANTHONY LAMAR CRAFT, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-00108 JST |
| PLAINTIFF, | [PROPOSED] ORDER |
| v. | |
| ANTHONY LAMAR CRAFT, JR. | |
| DEFENDANT. | |

Based on the assertions and agreement of the parties as set forth in the parties' filed Stipulation, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to September 22, 2017, at 9:30 a.m., before the Honorable Jon S. Tigar for hearing on the defendant's motion to suppress. The Court adopts the following motion schedule:

Defense Motion:           August 4, 2017

Government Opposition:    August 25, 2017

Defense Reply:            September 8, 2017

Hearing Date:             September 22, 2017 at 9:30 a.m.

CR 17-00108 JST

3

1  The Court further finds that failing to exclude the time between the date of this filing and

2  August 4, 2017, would unreasonably deny defense counsel the reasonable time necessary for

3  effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

4  3161(h)(7)(B)(iv). The Court finds that the ends of justice served by excluding the time between

5  now and August 4, 2017, from computation under the Speedy Trial Act outweigh the best interests

6  of the public and the defendant in a speedy trial. The Court further finds that the time between the

7  filing of the defense motion on August 4, 2017 and the hearing date on September 22, 2017 should

8  be excluded based on the pendency of a pretrial motion under 18 U.S.C. §3161(h)(1)(D).

9  Accordingly, IT IS FURTHER ORDERED that the time between today's date and

10 September 22, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C.

11 § 3161(h)(7)(B)(iv) and 18 U.S.C. §3161(h)(1)(D).

13  IT IS SO ORDERED.

15 DATED: June 29, 2017

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

CR 17-00108 JST

4