FILED
SEP - 1 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff(s),<br>　　v.<br>ANTHONY LAMAR CRAFT,<br>　　　Defendant. | No.: CR17-0108-JST<br>ORDER OF REMAND |

　　The defendant having appeared before the undersigned Magistrate Judge, IT IS HEREBY ORDERED that the above-named defendant, is hereby remanded to the custody of the U.S. Marshal, immediately.

Dated: September 1, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge