STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ned_smock@fd.org

Counsel for Defendant
ANTHONY LAMAR CRAFT, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-00108 JST |
| PLAINTIFF, | [PROPOSED] ORDER |
| v. | |
| ANTHONY LAMAR CRAFT, JR. | |
| DEFENDANT. | |

Based on the assertions and agreement of the parties as set forth in the parties' filed Stipulation, IT IS HEREBY ORDERED THAT the status conference in the above-captioned matter is VACATED.

IT IS SO ORDERED.

DATED: December 20, 2017

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

CR 17-00108 JST

2