STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ned_smock@fd.org
Counsel for Defendant
ANTHONY LAMAR CRAFT, JR.

FILED

FEB 27 2018

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-00108 JST |
| PLAINTIFF, | RELEASE ORDER |
| v. | |
| ANTHONY LAMAR CRAFT, JR., | |
| DEFENDANT. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Anthony Lamar Craft, Jr.

shall be released from United States Marshal custody immediately.

IT IS SO ORDERED.

DATED: February 27, 2018

HON. KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE

CR 17-00108 JST